AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

GARVIN MITCHELL

V.

GREATER REFUGE TEMPLE CHURCH et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 7608**

**JUDGE HOLWELL**

TO: (Name and address of Defendant)

GREATER REFUGE TEMPLE CHURCH a/k/a REFUGE TEMPLE CHURCH and a/k/a GREATER REFUGE TEMPLE and a/k/a THE CHURCH OF OUR LORD JESUS CHRIST OF THE APOSTOLIC FAITH, INC.
2081 Adam Clayton Powell Jr. Blvd.,
New York, New York 10027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc A. Rapaport, Esq.
350 Fifth Avenue, Suite 4400
New York, New York 10118

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  AUG 27 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 28, 2007 |
| NAME OF SERVER (PRINT) Kaity Kao | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: by delivering a true copy to William Wilkins personally, the Vice Chair of Greater Refuge Temple church.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 28, 2007
Date       Signature of Server

92-10 Liberty Ave. Ozone Park NY 11417
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.