UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GARVIN MITCHELL,

      **Plaintiff,**

 - against -            Case No.: 07 CV 7608

GREATER REFUGE TEMPLE CHURCH,   NOTICE OF APPEARANCE
a/k/a REFUGE TEMPLE CHURCH and,
a/k/a GREATER REFUGE TEMPLE and
a/k/a THE CHURCH OF OUR LORD JESUS
CHRIST OF THE APOSTOLIC FAITH, INC.

      **Defendants.**
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE,** that Mary Ellen Donnelly, Esq., a member of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendants, Greater Refuge Temple Church, a/k/a Refuge Temple Church, a/k/a Greater Refuge Temple and a/k/a The Church of our Lord Jesus Christ of the Apostolic Faith, Inc., in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
   October 15, 2007

                 By: _____
                   Mary Ellen Donnelly (MD 4396)
                   PUTNEY, TWOMBLY, HALL & HIRSON LLP
                   *Attorneys for Defendants*
                   521 Fifth Avenue
                   New York, New York 10175
                   (212) 682-0020

TO: Marc A. Rapaport (MR 5775)
    LAW OFFICE OF MARC A. RAPAPORT
    *Attorneys for Plaintiff*
    350 Fifth Avenue, Suite 4400
    New York, New York 10118
    (212)382-1600