OCT-16-2007 02:50P FROM: 2123820920 TO:12126829380 P.3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
GARVIN MITCHELL,

           Plaintiff,

- against -

GREATER REFUGE TEMPLE CHURCH,
a/k/a REFUGE TEMPLE CHURCH and,
a/k/a GREATER REFUGE TEMPLE and
a/k/a THE CHURCH OF OUR LORD JESUS
CHRIST OF THE APOSTOLIC FAITH, INC.

           Defendants.
---------------------------------------x

Index Number: 07 CV 7608 (RJH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for the Defendants, Greater Refuge Temple Church, a/k/a Refuge Temple Church, a/k/a Greater Refuge Temple and a/k/a The Church of our Lord Jesus Christ of the Apostolic Faith, Inc., to answer, move or otherwise respond to the Complaint is hereby extended to and including October 26, 2007.

Dated: New York, New York
      October 15, 2007

LAW OFFICE OF MARC A. RAPAPORT
*Attorneys for Plaintiff*
350 Fifth Avenue, Suite 4400
New York, NY 10118
(212) 382-1600

By:

Marc A. Rapaport, Esq.

PUTNEY, TWOMBLY, HALL & HIRSON LLP
*Attorneys for Defendants*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

By:

Mary Ellen Donnelly, Esq.

SO ORDERED:

Dated:
October __, 2007

Richard J. Holwell
United States District Court Judge