UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GARVIN MITCHELL,

           Plaintiff,

- against -

GREATER REFUGE TEMPLE CHURCH a/k/a/
REFUGE TEMPLE CHURCH and a/k/a
GREATER REFUGE TEMPLE and a/k/a THE
CHURCH OF OUR LORD JESUS CHRIST OF
THE APOSTOLIC FAITH, INC.,

           Defendants.
-----------------------------------------------------------------x

Case No.: 07 CIV 7608
(RJH)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
       October 26, 2007

                                    /s/DFM
                           Daniel F. Murphy, Jr. (DM 9196)
                           **PUTNEY, TWOMBLY HALL & HIRSON, LLP**
                           *Attorneys for Defendants*
                           521 Fifth Avenue
                           New York, New York 10175
                           (212) 682-0020

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of the foregoing Rule 7.1 Statement of Greater Refuge Temple Church a/k/a/ Refuge Temple Church and a/k/a Greater Refuge and a/k/a the Church of Our Lord Jesus Christ of the Apostolic Faith, Inc., by and through its attorney Putney, Twombly, Hall & Hirson, LLP to be served via electronic case filing and regular mail on October 26, 2007 upon:

> LAW OFFICES OF MARC A. RAPAPORT
> *Attorneys for Plaintiff*
> 350 Fifth Avenue, Suite 4400
> New York, New York 10118

> /s/DFM
> Daniel F. Murphy, Jr. (DM 9196)
> **PUTNEY, TWOMBLY HALL & HIRSON, LLP**
> *Attorneys for Defendants*
> 521 Fifth Avenue
> New York, New York 10175
> (212) 682-0020