# MARC A. RAPAPORT, ESQ.
ATTORNEY AT LAW
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4400
NEW YORK, NEW YORK 10118

TEL (212) 382-1600
FAX (212) 382-0920
www.rapaportlaw.com

November 29, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 12/3/07

**Via Facsimile: 212-805-7948**

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: **Garvin Mitchell v. Greater Refuge Temple** *et al.*
Case No. 07 CIV 7608

Dear Judge Holwell:

I represent Garvin Mitchell, plaintiff in the above-referenced action. Further to my telephone conversation with Mr. Donald, I respectfully submit this letter to request that the conference currently scheduled for tomorrow at 10:30 a.m. be adjourned to January 4, 2008, at 10:00 a.m. This request is on behalf of both parties.

Thank you for your consideration of this request.

Respectfully yours,

Marc A. Rapaport

Application Granted
SO ORDERED
US DJ
11/30/07

cc: Daniel F. Murphy, Esq.