UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GARVIN MITCHELL,   :   07 Civ. 07608 (RJH)

        Plaintiff,   :

   -against-   :   **ORDER**

GREATER REFUGE TEMPLE CHURCH,   :

        Defendant.   :

------------------------------------------------------------x

      The pre-trial conference scheduled for January 25, 2008 is rescheduled to March 06, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 10, 2008
SO ORDERED:

                              Richard J. Holwell
                         United States District Judge