UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GARVIN MITCHELL,

                Plaintiff,

              Case No.:07CV7608 (RJH)

- against -

**NOTICE OF APPEARANCE**

GREATER REFUGE TEMPLE CHURCH et al,

                Defendant.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE,** That Randi Feldheim, Esq., an associate of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendant, Greater Refuge Temple Church, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       May 21, 2008

                                          By: _____/s/ RF_____
                                              Randi Feldheim (RF 6146)
                                              PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                              *Attorneys for Defendant*
                                              521 Fifth Avenue
                                              New York, New York  10175
                                              (212) 682-0020

To:

        Marc Andrew Rapaport
        Law Office of Marc A. Rapaport, Esq.
        350 Fifth Avenue
        Suite 4400
        New York, NY 10118
        *Attorney for Plaintiff*